UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | BRUTI, ANTHONY C | § | Case No. 07-12326 |
| | BRUTI, DARA A. | § | |
| | LTD., BRUTI REALTORS | § | |
| Debtor(s) | | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, Illinois 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:15 a.m.** on **5/28/10** in Courtroom 201, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed: 04/26/2010          By:    /s/DEBORAH K. EBNER
                                        Trustee

DEBORAH K. EBNER  
11 EAST ADAMS STREET  
SUITE 904  
CHICAGO, IL  60603  
(312) 922-3838

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: BRUTI, ANTHONY C | § | Case No. 07-12326 |
| BRUTI, DARA A. | § | |
| LTD., BRUTI REALTORS | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 43,645.89 |
| *and approved disbursements of* | $ 28,110.98 |
| *leaving a balance on hand of* [1] | $ 15,534.91 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                     *Proposed Payment*
                             N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 3,123.46 | $ 165.76 |
| Attorney for trustee | Deborah K. Ebner, ESQ. | $ 4,637.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 553,641.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 4 | Harrison Investments Mokena, LLC | $ 58,726.78 | $ 807.03 |
| 5 | Nordstrom FSB | $ 787.95 | $ 10.83 |
| 6 | Fifth Third Bank | $ 6,328.43 | $ 86.97 |
| 7-2 | Discover Bank/DFS Services LLC | $ 12,826.00 | $ 176.26 |
| 9 | Chase Bank USA,N.A | $ 1,281.68 | $ 17.61 |
| 14 | Crest Lighting | $ 15,636.38 | $ 214.88 |
| 20 | Chase Bank USA, NA | $ 9,603.63 | $ 131.97 |
| 27 | American Express Centurion Bank | $ 9,329.76 | $ 128.21 |
| 31 | Charles P. Bruti | $ 220,307.02 | $ 3,027.48 |
| 33 | Charter One Bank, N.A. | $ 84,274.84 | $ 1,158.11 |
| 36 | D & D Antenna | $ 11,516.94 | $ 158.27 |
| 37 | Bruti Associates Ltd | $ 123,021.60 | $ 1,690.57 |

**UST Form 101-7-NFR (9/1/2009)**

Certificate of Service Page 5 of 8

Tardily filed claims of general (unsecured) creditors totaling $ 5,547.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 39 | Schermer Asphalt Paving | $ 5,547.68 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhatch                 Page 1 of 3                   Date Rcvd: Apr 27, 2010
Case: 07-12326                 Form ID: pdf006              Total Noticed: 125

The following entities were noticed by first class mail on Apr 29, 2010.
db           +Anthony C Bruti,   520 Pleasant Hill,   Frankfort, IL 60423-1250
jdb          +Dara A. Bruti,   520 Pleasant Hill,   Frankfort, IL 60423-1250
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
               Chicago, IL 60603-6306
aty          +Robert R Benjamin,    Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,    Suite 1600,
               Chicago, IL 60604-2686
tr           +Deborah Kanner Ebner,    11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
11472945     +AHFC,   PO Box 5306,   Elgin, IL 60121-5306
11472948     +ANB Communications,    15501 W. Lakeview Dr.,   Manhattan, IL 60442-8151
11472950     +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11472951      AT&T Yellow Pages,    RH Donnelley,   8519 Innovation Way,   Chicago, IL 60682-0085
11472943     +Advance Glass,   410 Ashland Ave.,    Chicago Heights, IL 60411-1791
11472944     +Advance Glass & Mirror Products Co,    410 Ashland Avenue,   Chicago Heights, IL 60411-1665
11472946     +American Backhoe,    9404 Corsair Rd.,   Frankfort, IL 60423-2526
11472947      American Express,    P.O. Box 650448,   Dallas, TX 75265-0448
12435786      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11472949     +Arete 3, Ltd.,    18645 S. West Creek Dr.,   Tinley Park, IL 60477-6247
11472952     +Bailey’s Carpet One,    692 Theodore St.,   Joliet, IL 60435-2475
11472953     +Bankcard Services,    First Midwest Bank,   PO Box 3052,   Milwaukee, WI 53201-3052
11472954      Best Buy,   Retail Services,    PO Box 15521,   Wilmington, DE 19850-5521
11472955     +Boss Construction,    1904 Garnet Dr.,   New Lenox, IL 60451-1787
11472956     +Brady Plastering,    7724 W. 93rd St.,   Hickory Hills, IL 60457-2100
11472957     +Brakur Custom Cabinetry,    18656 S. Route 59,   Shorewood, IL 60404-8625
11472958     +Burke Elec. Const.,    227 E. Laraway Rd.,   Frankfort, IL 60423-2922
11472959     +Calderone Enterprises,    15631 Van Drunen Rd.,    South Holland, IL 60473-1265
11472960      Capital One, FSB,    PO Box 60067,   City Of Industry, CA 91716-0067
11472962      Carson Pirie Scott,    Retail Services,    PO Box 17264,   Baltimore, MD 21297-1264
11472963     +Charles P. Bruti,    21146 Washington Pkwy.,   Frankfort, IL 60423-3112
11472964     +Charter One,    Payment Address,   PO Box 9799,   Providence, RI 02940-9799
11472965     +Charter One,    1215 Superior Ave.,   Cleveland, OH 44114-3299
12525750     +Charter One Bank, N.A.,    c/o Heather Jackson, Esq.,    Shefsky & Froelich Ltd.,
               111 E. Wacker Drive, #2800,    Chicago, IL 60601-4277
11472966      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
12394607      Chase Bank USA, NA,    PO BOX 15145,   Wilmington, DE 19850-5145
12371136     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
11472967     +Chicago Title Ins. Co.,    171 N. Clark St.,   Chicago, IL 60601-3294
11472968     +Chubasco Lawn Sprinklers,    12524 Elm St.,   Blue Island, IL 60406-1731
11472969     +Cintas Corporation,    PO Box 7759,   Romeoville, IL 60446-0759
11472970      Citizens Auto Finance,    PO Box 42115,   Providence, RI 02940-2115
11472971     +Citizens Automobile Finance,    PO Box 42115,   Providence, RI 02940-2115
11472973     +Complete Drywall & Taping,    22014 Howell Dr. Unit 2,    New Lenox, IL 60451-3731
11472974      Corsetti Structural Steel,    2515 Old New Lenox Rd.,    Joliet, IL 60433
11472975      Crest Lighting,    P.O. Box 549,   Crestwood, IL 60445-0549
11472976     +D & D Antenna,    C/O: Andrew D Ross,   165 West Tenth St,    Chicago Heights, IL 60411-2000
11472977     +D & E Trucking,    17001 S. State St.,   South Holland, IL 60473-2846
11472978      D’Angelo Studio,    13959 W. IL Hwy.,   New Lenox, IL 60451
11472979     +D/S2 Advertising Group,    10624 Great Egret Dr.,   Orland Park, IL 60467-8487
11472980     +Designed Stairs,    1251 E. Sixth St.,   Sandwich, IL 60548-7072
11472981     +Developers Carpentry,    9300 W. 144th Place,   Orland Park, IL 60462-2685
11472983     +Dresden Concrete,    11349 W. Manhattan-Monee Rd.,    Monee, IL 60449-9658
11472984     +Dresden Excavating,    11349 W. Manhattan-Monee Rd.,    Monee, IL 60449-9658
11472985     +Drywall Taping Service,    6940 W. 170th St.,   Tinley Park, IL 60477-2706
11472986     +Dunigan Decorating,    P.O. Box 321,   Frankfort, IL 60423-0321
11472987     +Enterprise Condo. Assoc.,    9445 Enterprise Dr.,   Mokena, IL 60448-8319
11472988     +Excel Waterproofing,    6662 W. 99th St.,   Chicago Ridge, IL 60415-1261
11472990     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    P.O. Box 630778,    Cincinnati, OH 45263-0778)
11472989     +Fifth Third Bank,    Payment Process Center,   PO Box 630170,    Cincinnati, OH 45263-0170
12354348     +Fifth Third Bank,    1850 East Paris ROPS05,   Grand Rapids  MI 49546-6210
11472991     +Fifth Third Bank Mastercard,    Customer Service MD 1MOC2G-4050,    38 Fountain Square Plaza,
               Cincinnati, OH 45263-0001
11472992     +First Midwest Bank,    Payment Processing,   P.O. Box 9003,    Gurnee, IL 60031-9003
11472993      Frankenmuth Insurance,    One Mutual Ave.,   Frankenmuth, MI 48787-0001
11472994     +George Slowinski,    Remax 2000  15607 S. Harlem Ave.,    Orland Park, IL 60462-5118
11472995     +Gerardo Chavez,    1209 Ryehill Ct.,   Joliet, IL 60431-8518
11472996     +Harris Bank,    P.O. Box 6201,   Carol Stream, IL 60197-6201
11684161     +Harrison Investments Mokena, LLC,    c/o David E. Cohen,    David E. Cohen, P.C.,
               55 West Monroe Street,    Suite 600,   Chicago, IL 60603-5091
11472997     +Heartland Granite,    701 N. Commerce St.,   Aurora, IL 60504-8173
11472998     +Hometite Systems,    115 S. Harris Dr.,   Rockdale, IL 60436-8002
11472999     +Hometown National Bank,    260 Bucklin St.,   LaSalle, IL 61301-9831
11473000     +J & M Fence,    Zima Crouse Ent.,   P.O. Box 0341,   Western Springs, IL 60558-0341
11473001     +Jewel Marble, Inc.,    P.O. Box 145,   New Lenox, IL 60451-0145
11473002     +Joseph A. Schudt & Assoc.,    19350 S. Harlem Ave.,    Frankfort, IL 60423-9113
11473004      Lexus Financial Services,    P.O. Box 4102,   Carol Stream, IL 60197-4102
11473005     +Lorenz Appliances,    18320 Governors Hwy.,   Homewood, IL 60430-2910
11473006     +M. Gingerich, Gereaux, & Assoc.,    240 N. Industrial Dr.,    Bradley, IL 60915-1279
11473007     +Mac Plumbing,    25930 S. Creekside Dr.,   Monee, IL 60449-8828
11473008     +Merts and C & C Airtron,    3102 Holeman Ave.,   Steger, IL 60475-1189
11473009     +Mid America Bank,    2650 Warrenville Rd. Ste. 500,    Downers Grove, IL 60515-2074
```

```
District/off: 0752-1           User: lhatch                Page 2 of 3                   Date Rcvd: Apr 27, 2010
Case: 07-12326                 Form ID: pdf006             Total Noticed: 125

11473010      +MidAmerica Bank,    PO Box 070500,    Milwaukee, WI 53207-0500
11473011      +Miniscalco Architects,    116 W. Main St.,    St. Charles, IL 60174-1854
12378053      +Miniscalco Architects,    214 1/2 W. Main St.,    St. Charles , IL 60174-1801
11473012      +Mokena 30 & Wolf LLC,    c/o Edgemark,    2215 York Road Suite 503,    Oak Brook, IL 60523-4016
11473016      +NuWay Disposal Service,    P.O. Box 9,    Mokena, IL 60448-0009
11473017      +Oakley Millwork,    120 E. Laraway Rd.,    Frankfort, IL 60423-1643
11473018      +Overdoors of IL,    601 Ridge Rd.,    Homewood, IL 60430-2015
11473019      +Plass Appliance,    P.O. Box 757,    Bloomingdale, IL 60108-0757
12514385      +Plass Appliances & Furniture,    C/O Edgerton for creditor,    125 Wood Street - Pob 218,
                West Chicago , IL 60186-0218
11473020       Pottery Barn,    PO Box 659705,    San Antonio, TX 78265-9705
11473021       Prestwick Country Club,    801 Prestwick Dr.,    Frankfort, IL 60423
11473022      +Pride Plumbing,    20607 Amherst Ct.,    Joliet, IL 60433-9716
11473023      +Quality Caulking, Inc.,    3320 Ruby St.,    Franklin Park, IL 60131-1908
11473024      +Ray Weidenaar & Co.,    7239 W. Laraway Rd.,    Frankfort, IL 60423-7767
11473025       Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
11473026      +Robert J. Leoni, Ltd.,    16061 S. 94th Ave.,    Orland Hills, IL 60487-4623
11473027       Roche, Scholz, Roche & Walsh, Ltd.,    10310 Orland Parkway, Suite 202,
                Orland Park, IL 60467-5604
11473028       Saturn Sign Systems, Inc.,    11 W. College Dr. Ste. E,    Arlington Heights, IL 60004-1900
11473029      +Schaefer Tile, Inc.,    12629 Arberry Ct.,    Manhattan, IL 60442-8433
11473030      +Schermer Asphalt Paving,    21730 Higley Lane,    Frankfort, IL 60423-2273
11473031       Sears Commercial One,    P.O. Box 689134,    Des Moines, IA 50368-9134
11473032       Security Lumber,    North St. at Railroad,    Bradley, IL 60915
12553413      +Security Lumber,    North St. at Railroad,    101 W. Lawn,    Bradley,IL 60915-1631
11473033      +Shelby Company,    209 Laura Ave.,    Shorewood, IL 60404-9370
12391186      +Shelby Company,    C/O Steven Plato Troy Its Attorney,    5 East Van Buren,    Suite 306,
                JOliet,Illinois 60432-4225
11473034      +SmartPage Listings.Com, Inc.,    301 Route 17 North #800,    Rutherford, NJ 07070-2581
11473035      +Sol Melia Vacation Club,    9500 S. Dadeland Blvd.,    Ste. 300,    Miami, FL 33156-2868
11473036      +Southwest Fireplace,    130 E. Laraway Rd.,    Frankfort, IL 60423-1643
11473037      +Suburban Drywall,    24847 S. Michaels,    Crete, IL 60417-3401
11473041     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,     PO Box 9490,    Cedar Rapids, IA 52409)
11473038      +Teleflora Technologies,    Customer Advocacy,    3737 NW 34th Street,
                Oklahoma City, OK 73112-3353
11473039       The Hartford,    PO Box 2907,    Hartford, CT 06104-2907
11473040      +The Roy Houff Company,    6200 South Oak Park Avenue,    Chicago, IL 60638-4016
11473042      +Trevarthan Landscaping Co.,    24221 S. 80th Ave.,    Frankfort, IL 60423-8771
11473043      +Trim MD,    4349 N. Church Rd.,    Beecher, IL 60401-3586
11472961     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Cardmember Service,     P.O. Box 790408,    St. Louis, MO 63179-0408)
14461919      +US Bank Corp/Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
12400209      +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
14461920      +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
11473044      +Wolf Siding & Gutters, Inc.,    9410 Corsair Rd.,    Frankfort, IL 60423-2527
11473045      +Wood Flooring, Inc.,    4421 W. 183rd St.,    Country Club Hills, IL 60478-5205
The following entities were noticed by electronic transmission on Apr 27, 2010.
aty           +E-mail/Text: cignettolaw@yahoo.com                            Carleen L Cignetto,
                Carleen L Cignetto,    2 Dearborn Square,    Suite 2,    Kankakee, IL 60901-3960
11472972       E-mail/Text: legalcollections@comed.com                           ComEd,    Bill Payment Center,
                Chicago, IL 60668-0001
11573474      +E-mail/Text: legalcollections@comed.com                           ComEd Co,
                Attn: Bankruptcy Section/Revenue Managem,     2100 Swift Drive,    Oakbrook , IL 60523-1559
11472982       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2010 00:23:32      Discover Card,    PO Box 30395,
                Salt Lake City, UT 84130-0395
12358954       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2010 00:23:32
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
11473003       E-mail/PDF: cr-bankruptcy@kohls.com Apr 28 2010 00:24:58      Kohl's Payment Center,    PO Box 2983,
                Milwaukee, WI 53201-2983
11473013       E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO Box 416,
                Aurora, IL 60568-0001
11473015      +E-mail/Text: bnc@nordstrom.com                           Nordstrom Bank,    P.O. Box 79134,
                Phoenix, AZ 85062-9134
12338578      +E-mail/Text: bnc@nordstrom.com                           Nordstrom FSB,    P.O. Box 6566,
                Englewood, CO 80155-6566
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12587785       Bruti Associates Ltd
aty*          +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
11473014*      Nicor Gas,    P.O. Box 416,    Aurora, IL 60568-0001
12338579*     +Nordstrom FSB,    P.O. Box 6566,    Englewood, CO 80155-6566
                                                                                              TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: lhatch           Page 3 of 3            Date Rcvd: Apr 27, 2010
Case: 07-12326                Form ID: pdf006        Total Noticed: 125

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2010**                                **Signature:** *Joseph Speetjens*