UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** Bruce W. Black    **Hearing Date** 5/28/2010

**Bankruptcy Case** 07B12326    **Adversary No.**

**Title of Case** Anthony Bruti and Dara Bruti

**Brief Statement of Motion** Trustee's Final Report and Application

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Written response to be filed and served on or before July 1, 2010

*Bruce W. Black*
U S Bankruptcy Judge Bruce W. Black

156