# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BRUTI, ANTHONY C  
      BRUTI, DARA A.  
      LTD., BRUTI REALTORS

Case No. 07-12326

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $156,271.00 |
| Total Distribution to Claimants: $10,557.99 | Claims Discharged Without Payment: $2,865,655.44 |
| Total Expenses of Administration: $13,180.02 | |

3) Total gross receipts of $ 43,648.26  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,910.25  (see **Exhibit 2**), yielded net receipts of $23,738.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,781,447.00 | $15,678.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,127.45 | 13,180.02 | 13,180.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 13,881.95 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,555,267.59 | 1,263,639.66 | 559,188.69 | 10,557.99 |
| **TOTAL DISBURSEMENTS** | $5,336,714.59 | $1,309,327.06 | $572,368.71 | $23,738.01 |

    4)  This case was originally filed under Chapter 7 on July 11, 2007. The case was pending for 50 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2011          By: /s/DEBORAH K. EBNER
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund due from Kansas City | 1224-000 | 18,343.00 |
| Stock Distribution - "Yum! Brands, Inc." | 1223-000 | 1.20 |
| tax refund - State of Illinois | 1224-000 | 2,817.00 |
| Surplus Funds from sale of Van(Fifth Third Bank) | 1129-000 | 4,878.24 |
| Refund due from frankenmuth Mutual Insurance Com | 1221-000 | 17,471.13 |
| Interest Income | 1270-000 | 137.69 |
| **TOTAL GROSS RECEIPTS** | | **$43,648.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Wood Flooring, Inc | Per Citation | 8500-002 | 17,471.13 |
| Wood Flooring, Inc | Per Citation | 8500-002 | 0.00 |
| Wood Flooring, Inc | Per Citation | 8500-002 | 2,439.12 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,910.25** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29S | Burke Elec. Const. | 4110-000 | N/A | 15,678.00 | 0.00 | 0.00 |
| NOTFILED | Charter One | 4110-000 | 472,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 135,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid America Bank | 4110-000 | 955,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 161,700.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citizens Automoblie Finance | 4210-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | AHFC | 4210-000 | 25,186.00 | N/A | N/A | 0.00 |
| NOTFILED | AHFC | 4210-000 | 25,186.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,781,447.00 | $15,678.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 3,123.46 | 3,123.46 | 3,123.46 |
| DEBORAH K. EBNER | 2200-000 | N/A | 165.76 | 165.76 | 165.76 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 12,637.50 | 9,690.07 | 9,690.07 |
| Deborah K. Ebner, ESQ. | 3120-000 | N/A | 112.35 | 112.35 | 112.35 |
| International Sureties | 2300-000 | N/A | 30.72 | 30.72 | 30.72 |
| International Sureties | 2300-000 | N/A | 43.79 | 43.79 | 43.79 |
| International Sureties | 2300-000 | N/A | 13.87 | 13.87 | 13.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,127.45 | 13,180.02 | 13,180.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Joseph A. Schudt & Assoc. | 5300-000 | N/A | 2,931.95 | 0.00 | 0.00 |
| 34P | D'Angelo Studio | 5300-000 | N/A | 10,950.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 13,881.95 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd Co | 7100-000 | 402.36 | 2,586.38 | 0.00 | 0.00 |
| 2 | Dresden Concrete | 7100-000 | 106,958.00 | 106,979.84 | 0.00 | 0.00 |
| 3 | Dresden Excavating | 7100-000 | 35,231.00 | 35,231.36 | 0.00 | 0.00 |
| 4 | Clerk of US bankruptcy Court - Harrison Investments | 7100-001 | N/A | 58,726.78 | 58,726.78 | 1,119.93 |
| 5 | Clerk of US bankruptcy Court - Nordstrom FSB | 7100-001 | 787.95 | 787.95 | 787.95 | 15.03 |
| 6 | Fifth Third Bank | 7100-000 | 6,481.54 | 6,328.43 | 6,328.43 | 120.68 |
| 7 -2 | Discover Bank/DFS Services LLC | 7100-000 | 12,547.71 | 12,826.00 | 12,826.00 | 244.59 |
| 8U | Joseph A. Schudt & Assoc. | 7100-000 | 10,589.40 | 6,983.05 | 0.00 | 0.00 |
| 9 | Chase Bank USA,N.A | 7100-000 | N/A | 1,281.68 | 1,281.68 | 24.44 |
| 10 | Trim MD | 7100-000 | 3,500.00 | 3,586.00 | 0.00 | 0.00 |
| 11 | Pride Plumbing | 7100-000 | 3,553.00 | 3,677.00 | 0.00 | 0.00 |
| 12 | Miniscalco Architects | 7100-000 | 18,900.00 | 18,956.25 | 0.00 | 0.00 |
| 13 | Frankenmuth Insurance | 7100-000 | N/A | 124.12 | 0.00 | 0.00 |
| 14 | Crest Lighting | 7100-000 | 15,724.00 | 15,636.38 | 15,636.38 | 298.19 |
| 15 | Brakur Custom Cabinetry | 7100-000 | 125,077.00 | 125,552.00 | 0.00 | 0.00 |
| 16 | Designed Stairs | 7100-000 | 30,288.54 | 28,192.57 | 0.00 | 0.00 |
| 17 | Shelby Company | 7100-000 | 17,055.50 | 17,429.00 | 0.00 | 0.00 |
| 18 | Complete Drywall & Taping | 7100-000 | 12,770.00 | 12,990.00 | 0.00 | 0.00 |
| 19 | Teleflora Technologies | 7100-000 | 7,141.00 | 6,752.60 | 0.00 | 0.00 |
| 20 | Chase Bank USA, NA | 7100-000 | 9,401.51 | 9,603.63 | 9,603.63 | 183.14 |
| 21 | D & E Trucking | 7100-000 | 864.61 | 1,122.57 | 0.00 | 0.00 |
| 22 | US Bank/Retail Payment Solutions | 7100-000 | 6,082.26 | 5,996.32 | 0.00 | 0.00 |
| 23 | US Bank/Retail Payment Solutions | 7100-000 | N/A | 236.42 | 0.00 | 0.00 |
| 24 | Southwest Fireplace | 7100-000 | 12,217.75 | 11,541.40 | 0.00 | 0.00 |
| 25 | Wood Flooring, Inc. | 7100-000 | 51,714.00 | 57,533.53 | 0.00 | 0.00 |
| 26 | M. Gingerich, Gereaux, & Assoc. | 7100-000 | 28,256.25 | 23,006.25 | 0.00 | 0.00 |
| 27 | American Express Centurion Bank | 7100-000 | 9,058.90 | 9,329.76 | 9,329.76 | 177.92 |
| 28 | Suburban Drywall | 7100-000 | 34,005.00 | 37,380.00 | 0.00 | 0.00 |
| 29U | Burke Elec. Const. | 7100-000 | 56,902.02 | 39,556.00 | 0.00 | 0.00 |
| 30 | J & M Fence | 7100-000 | 4,900.00 | 4,830.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---:|---:|---:|---:|
| 31 | Charles P. Bruti | 7100-000 | 500,000.00 | 220,307.02 | 220,307.02 | 4,201.28 |
| 32 | Plass Appliances & Furniture | 7100-000 | 5,941.02 | 12,826.77 | 0.00 | 0.00 |
| 33 | Charter One Bank, N.A. | 7100-000 | N/A | 84,274.84 | 84,274.84 | 1,607.13 |
| 34U | D'Angelo Studio | 7100-000 | 11,000.00 | 50.00 | 0.00 | 0.00 |
| 35 | Security Lumber | 7100-000 | 15,394.65 | 15,023.54 | 0.00 | 0.00 |
| 36 | D & D Antenna | 7100-000 | 4,830.00 | 27,896.94 | 11,516.94 | 219.63 |
| 37 | Bruti Associates Ltd | 7100-000 | N/A | 148,021.60 | 123,021.60 | 2,346.03 |
| 38 | Developers Carpentry | 7100-000 | 64,243.00 | 84,928.00 | 0.00 | 0.00 |
| 39 | Schermer Asphalt Paving | 7200-000 | 16,424.88 | 5,547.68 | 5,547.68 | 0.00 |
| NOTFILED | Geraldo Chavez | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Frankenmuth Insurance | 7100-000 | 8,192.41 | N/A | N/A | 0.00 |
| NOTFILED | George Slowinski | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Hometown National Bank | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank | 7100-000 | 47,830.60 | N/A | N/A | 0.00 |
| NOTFILED | Hometite Systems | 7100-000 | 6,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Heartland Granite | 7100-000 | 18,201.00 | N/A | N/A | 0.00 |
| NOTFILED | Corsetti Structual Steel | 7100-000 | 5,563.48 | N/A | N/A | 0.00 |
| NOTFILED | Excel Waterproofing | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 7100-000 | 473,699.35 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Brady Plastering | 7100-000 | 72,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Calderone Enterprises | 7100-000 | 12,203.00 | N/A | N/A | 0.00 |
| NOTFILED | Chubasco Lawn Sprinklers | 7100-000 | 18,495.00 | N/A | N/A | 0.00 |
| NOTFILED | Boss Construction | 7100-000 | 24,574.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corp | 7100-000 | 40.05 | N/A | N/A | 0.00 |
| NOTFILED | Drywall Taping Service | 7100-000 | 37,588.00 | N/A | N/A | 0.00 |
| NOTFILED | Dunigan Decorating | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jewel Marble | 7100-000 | 3,866.00 | N/A | N/A | 0.00 |
| NOTFILED | D/S2 Advertising Group | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Enterprise Condo Assoc | 7100-000 | 3,082.63 | N/A | N/A | 0.00 |
| NOTFILED | Citizenz Auto Finance | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid America Bank | 7100-000 | 965,310.91 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 1,281.68 | N/A | N/A | 0.00 |
| NOTFILED | Saturn Sign Systems | 7100-000 | 1,152.00 | N/A | N/A | 0.00 |
| NOTFILED | Schafer Tile | 7100-000 | 4,972.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Roche, Scholz, Roche & Walsh | 7100-000 | 1,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Commercial One | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| NOTFILED | Roche, Scholz, Roche & Walsh | 7100-000 | 11,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Sol Melia Vacation Club | 7100-000 | 26,994.73 | N/A | N/A | 0.00 |
| NOTFILED | Smartpage Listings.com | 7100-000 | 395.99 | N/A | N/A | 0.00 |
| NOTFILED | Trevarthan Landscaping | 7100-000 | 80,728.00 | N/A | N/A | 0.00 |
| NOTFILED | Wolf Siding & Gutters | 7100-000 | 64,419.96 | N/A | N/A | 0.00 |
| NOTFILED | The Roy Houff Company | 7100-000 | 7,283.76 | N/A | N/A | 0.00 |
| NOTFILED | Robert J. Leoni Ltd | 7100-000 | 922.00 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford | 7100-000 | 138.55 | N/A | N/A | 0.00 |
| NOTFILED | Ray Weidnaar & Co | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Retail Services | 7100-000 | 6,584.99 | N/A | N/A | 0.00 |
| NOTFILED | Mertz and C&C Airtron | 7100-000 | 20,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Baileys Carpet | 7100-000 | 17,864.19 | N/A | N/A | 0.00 |
| NOTFILED | Mac Plumbing | 7100-000 | 49,353.12 | N/A | N/A | 0.00 |
| NOTFILED | Mokenna 30 & Wolf LLC | 7100-000 | 7,663.80 | N/A | N/A | 0.00 |
| NOTFILED | Lorenz Appliances | 7100-000 | 6,611.97 | N/A | N/A | 0.00 |
| NOTFILED | Oakley Millwork | 7100-000 | 14,876.81 | N/A | N/A | 0.00 |
| NOTFILED | Nuway Disposal | 7100-000 | 3,296.26 | N/A | N/A | 0.00 |
| NOTFILED | Prestwick Country Club | 7100-000 | 3,212.86 | N/A | N/A | 0.00 |
| NOTFILED | Quality Caulking | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Pottery Barn | 7100-000 | 3,129.76 | N/A | N/A | 0.00 |
| NOTFILED | Lexus Financial | 7100-000 | 55,564.52 | N/A | N/A | 0.00 |
| NOTFILED | Overdoors of Il | 7100-000 | 8,610.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance Glass | 7100-000 | 18,662.00 | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott | 7100-000 | 691.74 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 85.53 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 2,115.73 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 2,044.81 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 7100-000 | 55,564.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 7100-000 | 50,825.00 | N/A | N/A | 0.00 |
| NOTFILED | American Backhoe | 7100-000 | 2,927.00 | N/A | N/A | 0.00 |
| NOTFILED | ANB Commuincations | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance Glass & Mirror | 7100-000 | 18,662.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Bankcard Services | 7100-000 | 3,265.38 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Yellow Pages | 7100-000 | 564.00 | N/A | N/A | 0.00 |
| NOTFILED | Arete 3 LTD | 7100-000 | 5,458.90 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 298.37 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 236.16 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 649.24 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 3,555,267.59 | 1,263,639.66 | 559,188.69 | 10,557.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Period Ending:** 08/28/11

**Trustee:**      (330480)   DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 07/11/07 (f)  
**§341(a) Meeting Date:** 08/23/07  
**Claims Bar Date:** 09/16/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Tax refund due from Kansas City (u) | 0.00 | Unknown | | 18,343.00 | FA |
| 2 | Stock Distribution - "Yum! Brands, Inc." (u) | Unknown | N/A | | 1.20 | FA |
| 3 | tax refund - State of Illinois (u) | Unknown | Unknown | | 2,817.00 | FA |
| 4 | Surplus Funds from sale of Van(Fifth Third Bank) | Unknown | Unknown | | 4,878.24 | FA |
| 5 | Real Property | 2,288,000.00 | 532,725.00 | | 0.00 | FA |
| 6 | Bank Accts | 235.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING | 112,471.00 | 0.00 | | 0.00 | FA |
| 10 | Automobiles | 44,000.00 | 0.00 | | 0.00 | FA |
| 11 | Refund due from frankenmuth Mutual Insurance Com (u) | 17,471.13 | 17,471.13 | | 17,471.13 | FA |
| 12 | Credit due from Anthony Bruti & Bruti Builders | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 137.69 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$2,473,177.13** | **$550,196.13** | | **$43,648.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report Filed 04/22/10

Distribution made 11/23/10 . Trustee awaits clearance of distribution checks . Once checks have cleared Final Account will be prepared.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010     **Current Projected Date Of Final Report (TFR):**   April 22, 2010 (Actual)

Case 07-12326   Doc 167   Filed 08/31/11   Entered 08/31/11 22:40:17   Desc Main
Document      Page 10 of 19

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/15/07 | {1} | United States Treasury | Kansas CIty tax Refund | 1224-000 | 18,343.00 | | 18,343.00 |
| 08/15/07 | {2} | Yum! Brands, Inc | Stock Distribution | 1223-000 | 1.20 | | 18,344.20 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.91 | | 18,348.11 |
| 09/26/07 | {3} | Daniel Hynes | tax refund | 1224-000 | 2,817.00 | | 21,165.11 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.24 | | 21,174.35 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.43 | | 21,186.78 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 11.02 | | 21,197.80 |
| 12/21/07 | {4} | Fifth Third Bank | Surplus from sale of van | 1129-000 | 4,878.24 | | 26,076.04 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 11.43 | | 26,087.47 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 11.92 | | 26,099.39 |
| 02/05/08 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #07-12326 | 2300-000 | | 30.72 | 26,068.67 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.35 | | 26,074.02 |
| 03/14/08 | {11} | Frankenmuth Mutual Insurance | credit for over payment of premium | 1221-000 | 17,471.13 | | 43,545.15 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.17 | | 43,551.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.07 | | 43,557.39 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.45 | | 43,562.84 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.53 | | 43,568.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.53 | | 43,573.90 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.18 | | 43,579.08 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.71 | | 43,584.79 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.75 | | 43,589.54 |
| 11/21/08 | | To Account #********2566 | to pay interim award | 9999-000 | | 8,300.00 | 35,289.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.24 | | 35,292.78 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 35,295.28 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 35,296.72 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 35,298.06 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 35,299.59 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 35,301.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 35,302.42 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 35,303.95 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 35,305.43 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 35,306.91 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 35,308.35 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 35,309.79 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 35,311.27 |

Subtotals :   $43,641.99   $8,330.72

{} Asset reference(s)

Printed: 08/28/2011 10:35 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/09 | 1002 | Wood Flooring, Inc | Per Citation | 8500-002 | | 17,471.13 | 17,840.14 |
| 12/21/09 | 1003 | Wood Flooring, Inc | Per Citation Voided on 12/23/09 | 8500-002 | | 1,219.56 | 16,620.58 |
| 12/23/09 | 1003 | Wood Flooring, Inc | Per Citation Voided: check issued on 12/21/09 | 8500-002 | | -1,219.56 | 17,840.14 |
| 12/23/09 | 1004 | Wood Flooring, Inc | Per Citation | 8500-002 | | 2,439.12 | 15,401.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 15,402.50 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 15,403.26 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 15,403.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 15,404.53 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.39 | | 15,404.92 |
| 04/20/10 | | Wire out to BNYM account 9200******2565 | Wire out to BNYM account 9200******2565 | 9999-000 | -15,404.92 | | 0.00 |

|  |  |
|---|---|
| ACCOUNT TOTALS | 28,240.97   28,240.97   $0.00 |
| Less: Bank Transfers | -15,404.92   8,300.00 |
| Subtotal | 43,645.89   19,940.97 |
| Less: Payments to Debtors | 0.00 |
| NET Receipts / Disbursements | $43,645.89   $19,940.97 |

{} Asset reference(s)

Printed: 08/28/2011 10:35 PM   V.12.57

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/08 | | From Account #********2565 | to pay interim award | 9999-000 | 8,300.00 | | 8,300.00 |
| 11/21/08 | 101 | Deborah K. Ebner, ESQ. | Per Order of 11/21/08 docket #57 | 3110-000 | | 8,000.00 | 300.00 |
| 11/21/08 | 102 | Deborah K. Ebner, ESQ. | Per Order of 11/21/08 docket #57 | 3120-000 | | 112.35 | 187.65 |
| 02/08/09 | 103 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-12326 Voided on 02/08/09 | 2300-000 | | ! 43.79 | 143.86 |
| 02/08/09 | 103 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-12326 Voided: check issued on 02/08/09 | 2300-000 | | ! -43.79 | 187.65 |
| 02/08/09 | 104 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-12326, 016026455 | 2300-000 | | 43.79 | 143.86 |
| 02/03/10 | 105 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #07-12326, #016026455 | 2300-000 | | 13.87 | 129.99 |
| 04/20/10 | | Wire out to BNYM account 9200******2566 | Wire out to BNYM account 9200******2566 | 9999-000 | -129.99 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,170.01 | 8,170.01 | $0.00 |
| | | | Less: Bank Transfers | | 8,170.01 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,170.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,170.01** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 |  | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | 9999-000 | 15,404.92 |  | 15,404.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 |  | 15,405.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.92 |  | 15,406.16 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.88 |  | 15,407.04 |
| 07/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.25 |  | 15,407.29 |
| 07/08/10 |  | To Account #9200******2566 | to close estate and disburse | 9999-000 |  | 15,407.29 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | **15,407.29** | **15,407.29** | **$0.00** |
|  |  | Less: Bank Transfers |  |  | 15,404.92 | 15,407.29 |  |
|  |  | **Subtotal** |  |  | **2.37** | **0.00** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$2.37** | **$0.00** |  |

{} Asset reference(s)

Printed: 08/28/2011 10:35 PM    V.12.57

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2566 | Wire in from JPMorgan Chase Bank, N.A. account ********2566 | 9999-000 | 129.99 | | 129.99 |
| 07/08/10 | | From Account #9200******2565 | to close estate and disburse | 9999-000 | 15,407.29 | | 15,537.28 |
| 11/23/10 | 10106 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $9,637.50, Attorney for Trustee Fees (Trustee Firm);  Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 3110-000 | | ! 1,637.50 | 13,899.78 |
| 11/23/10 | 10106 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $9,637.50, Attorney for Trustee Fees (Trustee Firm);  Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 3110-000 | | ! -1,637.50 | 15,537.28 |
| 11/23/10 | 10107 | DEBORAH K. EBNER | Dividend paid 100.00% on $3,123.46, Trustee Compensation;  Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 2100-000 | | ! 3,123.46 | 12,413.82 |
| 11/23/10 | 10107 | DEBORAH K. EBNER | Dividend paid 100.00% on $3,123.46, Trustee Compensation;  Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 2100-000 | | ! -3,123.46 | 15,537.28 |
| 11/23/10 | 10108 | DEBORAH K. EBNER | Dividend paid 100.00% on $165.76, Trustee Expenses;  Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 2200-000 | | ! 165.76 | 15,371.52 |
| 11/23/10 | 10108 | DEBORAH K. EBNER | Dividend paid 100.00% on $165.76, Trustee Expenses;  Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 2200-000 | | ! -165.76 | 15,537.28 |
| 11/23/10 | 10109 | Harrison Investments Mokena, LLC | Dividend paid   1.91% on $58,726.78; Claim# 4; Filed: $58,726.78; Reference: #1201 DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 1,125.51 | 14,411.77 |
| 11/23/10 | 10109 | Harrison Investments Mokena, LLC | Dividend paid   1.91% on $58,726.78; Claim# 4; Filed: $58,726.78; Reference: #1201 DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -1,125.51 | 15,537.28 |
| 11/23/10 | 10110 | Nordstrom FSB | Dividend paid   1.91% on $787.95; Claim# 5; | 7100-000 | | ! 15.10 | 15,522.18 |

Subtotals :    $15,537.28    $15.10

{} Asset reference(s)         !-Not printed or not transmitted         Printed: 08/28/2011 10:35 PM    V.12.57

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $787.95; Reference:  DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | | | | |
| 11/23/10 | 10110 | Nordstrom FSB | Dividend paid   1.91% on $787.95; Claim# 5; Filed: $787.95; Reference:  DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -15.10 | 15,537.28 |
| 11/23/10 | 10111 | Fifth Third Bank | Dividend paid   1.91% on $6,328.43; Claim# 6; Filed: $6,328.43; Reference:  DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 121.28 | 15,416.00 |
| 11/23/10 | 10111 | Fifth Third Bank | Dividend paid   1.91% on $6,328.43; Claim# 6; Filed: $6,328.43; Reference:  DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -121.28 | 15,537.28 |
| 11/23/10 | 10112 | Discover Bank/DFS Services LLC | Dividend paid   1.91% on $12,826.00; Claim# 7 -2; Filed: $12,826.00; Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 245.81 | 15,291.47 |
| 11/23/10 | 10112 | Discover Bank/DFS Services LLC | Dividend paid   1.91% on $12,826.00; Claim# 7 -2; Filed: $12,826.00; Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -245.81 | 15,537.28 |
| 11/23/10 | 10113 | Chase Bank USA,N.A | Dividend paid   1.91% on $1,281.68; Claim# 9; Filed: $1,281.68; Reference:  DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 24.56 | 15,512.72 |
| 11/23/10 | 10113 | Chase Bank USA,N.A | Dividend paid   1.91% on $1,281.68; Claim# 9; Filed: $1,281.68; Reference:  DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -24.56 | 15,537.28 |
| 11/23/10 | 10114 | Crest Lighting | Dividend paid   1.91% on $15,636.38; Claim# 14; Filed: $15,636.38; Reference: 6843 DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 299.67 | 15,237.61 |
| 11/23/10 | 10114 | Crest Lighting | Dividend paid   1.91% on $15,636.38; Claim# 14; Filed: $15,636.38; Reference: 6843 | 7100-000 | | ! -299.67 | 15,537.28 |
| | | | Subtotals : | | $0.00 | $-15.10 | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 08/28/2011 10:35 PM   V.12.57

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | | | | |
| 11/23/10 | 10115 | Chase Bank USA, NA | Dividend paid   1.91% on $9,603.63; Claim# 20; Filed: $9,603.63; Reference: #2075<br>DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 184.05 | 15,353.23 |
| 11/23/10 | 10115 | Chase Bank USA, NA | Dividend paid   1.91% on $9,603.63; Claim# 20; Filed: $9,603.63; Reference: #2075<br>DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -184.05 | 15,537.28 |
| 11/23/10 | 10116 | American Express Centurion Bank | Dividend paid   1.91% on $9,329.76; Claim# 27; Filed: $9,329.76; Reference: 1004<br>DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 178.81 | 15,358.47 |
| 11/23/10 | 10116 | American Express Centurion Bank | Dividend paid   1.91% on $9,329.76; Claim# 27; Filed: $9,329.76; Reference: 1004<br>DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -178.81 | 15,537.28 |
| 11/23/10 | 10117 | Charles P. Bruti | Dividend paid   1.91% on $220,307.02; Claim# 31; Filed: $255,307.02; Reference:<br>DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 4,222.20 | 11,315.08 |
| 11/23/10 | 10117 | Charles P. Bruti | Dividend paid   1.91% on $220,307.02; Claim# 31; Filed: $255,307.02; Reference:<br>DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided: check issued on 11/23/10 | 7100-000 | | ! -4,222.20 | 15,537.28 |
| 11/23/10 | 10118 | Charter One Bank, N.A. | Dividend paid   1.91% on $84,274.84; Claim# 33; Filed: $84,274.84; Reference:<br>DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR<br>Voided on 11/23/10 | 7100-000 | | ! 1,615.13 | 13,922.15 |
| 11/23/10 | 10118 | Charter One Bank, N.A. | Dividend paid   1.91% on $84,274.84; Claim# 33; Filed: $84,274.84; Reference: | 7100-000 | | ! -1,615.13 | 15,537.28 |

Subtotals :     $0.00     $0.00

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 08/28/2011 10:35 PM     V.12.57

Exhibit 9

## Form 2

Page: 8

### Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/10 | 10119 | D & D Antenna | Dividend paid 1.91% on $11,516.94; Claim# 36; Filed: $27,896.94; Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR Voided: check issued on 11/23/10 | 7100-000 | | ! 220.72 | 15,316.56 |
| 11/23/10 | 10119 | D & D Antenna | Dividend paid 1.91% on $11,516.94; Claim# 36; Filed: $27,896.94; Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR Voided on 11/23/10 | 7100-000 | | ! -220.72 | 15,537.28 |
| 11/23/10 | 10120 | Bruti Associates Ltd | Dividend paid 1.91% on $123,021.60; Claim# 37; Filed: $148,021.60; Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR Voided on 11/23/10 | 7100-000 | | ! 2,357.72 | 13,179.56 |
| 11/23/10 | 10120 | Bruti Associates Ltd | Dividend paid 1.91% on $123,021.60; Claim# 37; Filed: $148,021.60; Reference: DISTRIBUTION INCORRECT CHECKS POSTED IN ERROR Voided: check issued on 11/23/10 | 7100-000 | | ! -2,357.72 | 15,537.28 |
| 11/23/10 | 10121 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $9,690.07, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,690.07 | 13,847.21 |
| 11/23/10 | 10122 | DEBORAH K. EBNER | Dividend paid 100.00% on $3,123.46, Trustee Compensation; Reference: | 2100-000 | | 3,123.46 | 10,723.75 |
| 11/23/10 | 10123 | DEBORAH K. EBNER | Dividend paid 100.00% on $165.76, Trustee Expenses; Reference: | 2200-000 | | 165.76 | 10,557.99 |
| 11/23/10 | 10124 | Harrison Investments Mokena, LLC | Dividend paid 1.90% on $58,726.78; Claim# 4; Filed: $58,726.78; Reference: #1201 Stopped on 06/15/11 | 7100-000 | | 1,119.93 | 9,438.06 |
| 11/23/10 | 10125 | Nordstrom FSB | Dividend paid 1.90% on $787.95; Claim# 5; Filed: $787.95; Reference: Stopped on 06/15/11 | 7100-000 | | 15.03 | 9,423.03 |
| 11/23/10 | 10126 | Fifth Third Bank | Dividend paid 1.90% on $6,328.43; Claim# 6; Filed: $6,328.43; Reference: | 7100-000 | | 120.68 | 9,302.35 |
| 11/23/10 | 10127 | Discover Bank/DFS Services LLC | Dividend paid 1.90% on $12,826.00; Claim# 7-2; Filed: $12,826.00; Reference: | 7100-000 | | 244.59 | 9,057.76 |
| 11/23/10 | 10128 | Chase Bank USA,N.A | Dividend paid 1.90% on $1,281.68; Claim# 9; | 7100-000 | | 24.44 | 9,033.32 |

Subtotals :        $0.00        $6,503.96

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 08/28/2011 10:35 PM    V.12.57

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,281.68; Reference: | | | | |
| 11/23/10 | 10129 | Crest Lighting | Dividend paid   1.90% on $15,636.38; Claim# 14; Filed: $15,636.38; Reference: 6843 | 7100-000 | | 298.19 | 8,735.13 |
| 11/23/10 | 10130 | Chase Bank USA, NA | Dividend paid   1.90% on $9,603.63; Claim# 20; Filed: $9,603.63; Reference: #2075 | 7100-000 | | 183.14 | 8,551.99 |
| 11/23/10 | 10131 | American Express Centurion Bank | Dividend paid   1.90% on $9,329.76; Claim# 27; Filed: $9,329.76; Reference: 1004 | 7100-000 | | 177.92 | 8,374.07 |
| 11/23/10 | 10132 | Charles P. Bruti | Dividend paid   1.90% on $220,307.02; Claim# 31; Filed: $255,307.02; Reference: | 7100-000 | | 4,201.28 | 4,172.79 |
| 11/23/10 | 10133 | Charter One Bank, N.A. | Dividend paid   1.90% on $84,274.84; Claim# 33; Filed: $84,274.84; Reference: | 7100-000 | | 1,607.13 | 2,565.66 |
| 11/23/10 | 10134 | D & D Antenna | Dividend paid   1.90% on $11,516.94; Claim# 36; Filed: $27,896.94; Reference: | 7100-000 | | 219.63 | 2,346.03 |
| 11/23/10 | 10135 | Bruti Associates Ltd | Dividend paid   1.90% on $123,021.60; Claim# 37; Filed: $148,021.60; Reference: | 7100-000 | | 2,346.03 | 0.00 |
| 06/15/11 | 10124 | Harrison Investments Mokena, LLC | Dividend paid   1.90% on $58,726.78; Claim# 4; Filed: $58,726.78; Reference: #1201<br>Stopped: check issued on 11/23/10 | 7100-000 | | -1,119.93 | 1,119.93 |
| 06/15/11 | 10125 | Nordstrom FSB | Dividend paid   1.90% on $787.95; Claim# 5; Filed: $787.95; Reference:<br>Stopped: check issued on 11/23/10 | 7100-000 | | -15.03 | 1,134.96 |
| 06/23/11 | 10136 | Clerk of US bankruptcy Court | Unclaimed funds | | | 1,134.96 | 0.00 |
| | | | 15.03 | 7100-001 | | | 0.00 |
| | | | 1,119.93 | 7100-001 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,537.28 | 15,537.28 | $0.00 |
| | | | Less: Bank Transfers | | 15,537.28 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,537.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,537.28** | |

{} Asset reference(s)

Printed: 08/28/2011 10:35 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 07-12326  
**Case Name:** BRUTI, ANTHONY C  
BRUTI, DARA A.  
**Taxpayer ID #:** **-***4839  
**Period Ending:** 08/28/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****25-65 | 43,645.89 | 19,940.97 | 0.00 |
| Checking # ***-*****25-66 | 0.00 | 8,170.01 | 0.00 |
| MMA # 9200-******25-65 | 2.37 | 0.00 | 0.00 |
| Checking # 9200-******25-66 | 0.00 | 15,537.28 | 0.00 |
|  | $43,648.26 | $43,648.26 | $0.00 |

{} Asset reference(s)

Printed: 08/28/2011 10:35 PM   V.12.57